1 | ALEXANDER G. CALFO (SBN 152891)
    *ACalfo@yukelaw.com*
2 | KELLEY S. OLAH (SBN 245180)
    *KOlah@yukelaw.com*
3 | GABRIELLE ANDERSON-THOMPSON (SBN 247039)
    *GAanderson-thompson@yukelaw.com*
4 | YUKEVICH CALFO & CAVANAUGH
355 S. Grand Avenue, 15th Floor
5 | Los Angeles, CA 90071-1560
Telephone: (213) 362-7777
6 | Facsimile: (213) 362-7788

7 | Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC., JOHNSON &
8 | JOHNSON SERVICES, INC., JOHNSON &
JOHNSON (erroneously sued as "Johnson &
9 | Johnson, Inc."), and DEPUY INTERNATIONAL
LIMITED (erroneously sued as "DePuy
10 | International, Ltd.")

11 | **UNITED STATES DISTRICT COURT**

12 | **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

13

14 | THOMAS FRIEL and LINDA FRIEL, | CASE NO. CV12-1973-SBA

15 | Plaintiffs, | [PROPOSED] ORDER RE STIPULATION TO STAY PROCEEDINGS

16 | vs. | JURY TRIAL DEMANDED

17 | DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON SERVICES, INC., JOHNSON
18 | & JOHNSON, INC., DEPUY INTERNATIONAL, LTD., THOMAS P.
19 | SCHMALZRIED, M.D., THOMAS P. SCHMALZRIED, M.D, A PROFESSIONAL
20 | CORPORATION; and DOES 1 through 20, inclusive,
21 |
22 | Defendants.

23 |     Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs

24 | THOMAS FRIEL and LINDA FRIEL and Defendants DEPUY ORTHOPAEDICS, INC.,

25 | JOHNSON & JOHNSON SERVICES, INC., JOHNSON & JOHNSON (erroneously sued as

26 | "Johnson & Johnson, Inc."), and DEPUY INTERNATIONAL LIMITED (erroneously sued as

27 | "DePuy International, Ltd.") (hereafter collectively "the Parties"); upon consideration of all

28 | documents, files, and pleadings in this action; and upon good cause shown, it is hereby

ORDERED that:

1. The Parties' request for a stay of proceedings is GRANTED;

2. All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244.

3. All deadlines, including any deadlines relating to a potential remand motion and any outstanding responsive pleading, are extended until 30 days after the entry of a joint Case Management Order in the MDL addressing remand briefing.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/7, 2012

_Sandra B. Armstrong_
Hon. Sandra Brown Armstrong

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Fifteenth Floor, Los Angeles, California 90071-1560.

On April 30, 2012, I served true copies of the following document(s) described as **[PROPOSED] ORDER RE STIPULATION TO STAY PROCEEDINGS** on the interested parties in this action as follows:

| | |
|---|---|
| Kenneth M. Seeger, Esq.<br>Adam R. Salvas, Esq.<br>Brian J. Devine, Esq.<br>SEEGER SALVAS LLP<br>455 Market Street, Suite 1530<br>San Francisco, CA 94105 | Attorneys for Plaintiffs<br>THOMAS FRIEL and LINDA FRIEL<br><br>T:   (415) 981-9260<br>F:   (415) 981-9266 |

**BY CM/ECF** for parties that are CM/ECF participants. Service is being made electronically on those parties on the attached list that are registered users of the Court's Electronic Case Filing System.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 30, 2012, at Los Angeles, California.

_____
Deanna Castellanos

CV12-1973-SBA

[PROPOSED] ORDER RE STIPULATION TO STAY PROCEEDINGS